UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 13, 2025

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 25-MJ-250** |
| | : | |
| **JALIL WILLIAMS,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| Defendant. | : | **(Unlawful Possession of a Firearm** |
| | : | **and Ammunition by a Person Convicted** |
| | : | **of a Crime Punishable by Imprisonment** |
| | : | **for a Term Exceeding One Year)** |
| | : | |
| | : | **CRIMINAL FORFEITURE** |
| | : | **18 U.S.C. § 924(d)** |
| | : | **28 U.S.C. § 2461(c)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 16, 2025, within the District of Columbia, **JALIL WILLIAMS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2017-CF2-002747, and in the Circuit Court for Montgomery County, Maryland, Docket Number C-15-CR-22-001222, did unlawfully and knowingly receive and possess a firearm and ammunition, that is, a Glock 42 .380 caliber with serial number ABMD310 and seven rounds of .380 ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock 42 .380 caliber with serial number ABMD310 and seven rounds of .380 ammunition.

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

JEANINE FERRIS PIRRO
United States Attorney

By: _____
DAVID HENEK
Chief of VCNT