**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 25-CR-362 (JMC)** |
| | ) | |
| **JALIL WILLIAMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

This case is currently scheduled for sentencing on November 24, 2026. Undersigned counsel entered her appearance in July, substituting for Ms. Maria Jacob. However, at that time the probation office had requested a continuance and because counsel had taken over so many cases over the summer and early fall, counsel had not focused on this case until recently. Upon review of the file, Counsel noted that there were mental health issues at play and that no psychological evaluation had been requested. In light of the recent D.C. Circuit case, *United States v. Kyre Fields*, 181 F.4th 1320 (D.C. Cir. 2026), holding that the failure to obtain a current mental health evaluation when a case suggested a variance or departure might be warranted presented a colorable ineffective assistance of counsel claim, counsel has retained an appropriate expert. Unfortunately, that expert cannot meet with the client until November and cannot promise a completed report until January. Thus, Counsel is requesting a continuance of the sentencing until February 2027. Mr. Williams is actively engaged in pursuing his GED while in

custody and has completed the RSAT program that the Court recommended at his request. He understands the importance of this evaluation to his case and thus has no objection to this request. The government also has no objection.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
Michelle Peterson
First Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Shelli_Peterson@fd.org